# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 07-1048-01 & 02

THOMAS MARTIN
JOHN ROCK

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Title 21 U.S.C. § 846 and § 841(b)(C) have been committed and that the defendants have committed them. The Court DISMISSES charge in Title 18 U.S.C. § 922(g). It is therefore,

**ORDERED** that **THOMAS MARTIN and JOHN ROCK** are held to answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2007.

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Pretrial Services Office
Counsel for Defendant
Defendant