United States District Court
Middle District of Florida
Orlando Division

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**VS.**                                                                    Case No. 6:07-CR-00026-GAP-KRS

**THOMAS NICHOLAS MARTIN,**

    **Defendant.**

_____/

### RESPONSE TO COURT WITH RESPECT TO DEFENDAN'S REQUEST FOR COPY OF ATTORNEY'S FILE.

    Comes now, the undersigned attorney in response to the Court Order of March 31, 2009 and states as follows:

    1. That Defendant Thomas Nicholas Martin has been provided the requested discovery items as of a March 24, 2009 mailing (return receipt requested but not yet provided).

    2. That Defendant had been previously provided discovery materials while in the Middle District, and later had the appeal materials sent to him at the Lee County, Jonesville VA. Facility.

    3. That Counsel fully expects that the March 24, 2009 mailing will satisfy the Defendant's request.

    /s/ *Michael O. Donaldson*
    Michael O. Donaldson
    Florida Bar No. 0156736
    201 North Dollins Ave
    Orlando, Florida 32805
    Phone: (407)-245-1088
    Fax: (407)-245-7745