IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

FILED
2009 JUN 15 PM 2:50
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

THE UNITED STATES OF AMERICA,

    PLANTIFF,

V.                                    CASE NO. 6:07-CR-26-ORL-31-KRS

JOHN ROBERT ROCK,                     HONORABLE GREGORY A. PRESNELL

    DEFENDANT.
_____/

## MOTION FOR PROTECTIVE ORDER

Defendant John Robert Rock's Motion For Protective Order Barring Access To Court Documents concerning the sentencing hearing docket case no. 6:07-cr-26-orl-31-krs, dated October 10,2007. Comes now, The defendant John Robert Rock's numbered cause who files this, his motion for protective order barring access to court documents concerning the sentencing hearing documents case.

### I. Nature Of Motion And Relief Sought

On October 10,2007, defendant rock was sentenced to a term of 96 months to the federal burea of prisons for violation of 18 usc 922 (g) (1). Amotion was filed by the goverment for a downward departure for a 5(k) motion. see, Sentencing Transcript attached here to and marked exhibit 1, p.2,3. Defedant Rock petions the court for a protective order barring access to court documents concerning "SUBSTANTIAL ASSISTANCE" that defendant Rock gave the goverment.

### II STATEMENT OF FACTS

Defendant Rock offered "substantial assistance" to the goverment.

Litterly spent hours, talking to Agent Farrington about various far-right-movements of the country, about specific instances of violence, naming people that were involved in those incidences, particularly those people representing a variety of these far-right-wing fractions in the Florida area and several people the goverment are interested in. Defendant Rock was involved with the Skinheads, and these kinds of people are very violent and form very violent gangs in both state and federal prison systems. Defendant Rock has put his life at risk by giving the goveremnt this " substantial assistance". see, SENTENCING TRANSCRIPT attached here to and marked exhibit 1, p.4,5,6,&7.

### III   REASON FOR GRANTING THE MOTION

Defendant Rock submits there are exigent circumstances for the court to issue a motion for for protective order barring access concerning these court documents concerning the "substantial-assisatnce" he provided to the goverment. Defendant Rock has put his life at "RISK" as well as his "FAMILY'S" personal safety. The court states that it appears that Mr.Rock cooperation has been quite significant and very usefull. see, SENTENCING TRANSCRIPT ATTACHED here to and marked exhibit 1, p.9&10, also the court addresses the issue of a danger element, as it would not take much for these gangs to visit violence on one of there own whom they deem to be a deserter. More resently defendant rock name has appeared on these for -right-movementweb forums as a "TRADER", "SOME WHO NEEDS TO BE DEALT WITH", and an "INFORMANT". These web sites are "crew38.com", "stormfront.com", "confederate hammerskinheads.net",(whick mr. rock was a member ofin orlando, fl.

and "whitepowerforum.com". These websites are known for there far-right-movements associated with violence, hatred and gang affilliation. These websites have named defendant rock as an example of what "NOT TO BE). These websight are hosted by people the goverment should be concerned about. see, DECLARATION OF JOHN ROBERT ROCK, generally and marked exhibit 2. Most recently defendant rock's parents have been concerned for there own safety, as well as there other sons concerning these websites and forums.

## IV. CONCLUSION

Wherefor, The defendant John Robert Rock request this court to grant the instant motion for barring access to the court documents concerning the sentencing hearing case no. 6:07-CR-26-ORL-31-KRS, dated October 10, 2007. Defendant rock feels his personal safety as well as his immediate family's safety is at jeopardy if these websights and forums and the people affiliated with these websights obtain this sentencing docket. Based on these facts, defendant rock respectfully ask this Court to enter an order granting this relief and any other relief this Court deemsproper and judt under the circumstances.

Respectfully Submittet

*John Robert Rock*

John Robert Rock

June 10, 2007
Miami, Fl.