**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-　　　　　　　　　　　　　　　　　　　Case No.  6:07-cr-26-Orl-31KRS

**JOHN ROBERT ROCK**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR PROTECTIVE ORDER (Doc. No. 90)**
>
> **FILED:**  June 15, 2009
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendant Rock voluntarily revealed in the public record more information in Exhibit 2 to the motion than was set forth in the sentencing transcript that he asks to have sealed.  As such, no good cause exists to seal the sentencing transcript. The Clerk of Court is directed to mail a copy of this Order to Defendant Rock at the address indicated in the motion.

**DONE** and **ORDERED** in Orlando, Florida on this 7th day of July, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
John Robert Rock